IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. HUGHES, | No. CIV S-10-0144-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| CALIFORNIA SUPREME COURT, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of mandamus. Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). Petitioner has filed a notice of voluntary dismissal (Doc. 7). Because no response to the petition has been filed, leave of court is not required and the action is dismissed on petitioner's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: June 30, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1